UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| TERRY MARSHALL | * | CIVIL ACTION NO. 13-0876 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| ARCHIE SMITH, ET AL. | * | MAG. JUDGE KAREN L. HAYES |

J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED that the Motion to Dismiss or, Alternatively, Transfer Venue [Doc. No. 4] filed by Defendants Archie Smith, Big Arch Auto, and North Texas Auto Group, Inc. d/b/a Addison Auto Group is hereby DENIED.

MONROE, LOUISIANA, this 9th day of January, 2014.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE